UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WARTHEMANN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOWE'S HOME CENTERS, LLC, et al.,<br><br>　　　　Defendants. | Case No. 1:19-cv-00730-NONE-BAM<br><br>**ORDER DENYING STIPULATON TO MODIFY SCHEDULING ORDER WITHOUT PREJUDICE**<br><br>(Doc. No. 31) |

Currently before the Court is the parties' stipulation to modify the Scheduling Order in this case. (Doc. No. 31.) According to the stipulation, the parties have agreed to defer non-expert and expert discovery and pre-trial motions for thirty (30) days in order to conduct settlement discussions. (*Id.*)

Settlement discussions, in and of themselves, are not good cause to modify a scheduling order. *See* Fed. R. Civ. P. 16(b); *Gerawan Farming, Inc. v. Rehrig Pacific Co.,* 2013 WL 645741, at *5 (E.D. Cal. Feb. 21, 2013.) As the parties have failed to make an adequate showing of good cause for their request to modify the Scheduling Order in this case, the Court DENIES the request without prejudice.

IT IS SO ORDERED.

　　Dated: **March 16, 2020**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1