THARPE & HOWELL, LLP
15250 Ventura Boulevard, Ninth Floor
Sherman Oaks, California 91403-3221

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK WARTHEMANN<br><br>          Plaintiff(s),<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC and DOES 1 to 10, Inclusive<br><br>          Defendant(s). | Case No.: 1:19−CV−00730−NONE−BAM<br><br>(Stanislaus County Superior Court Case No. CV-19-002059)<br><br>**ORDER ON AMENDED STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER**<br><br>Doc. 33 |

## <u>ORDER</u>

The Court, having read and considered the Amended Stipulation to Modify Scheduling Conference Order, and good cause appearing therefore, rules as follows:

IT IS HEREBY ORDERED THAT DISCOVERY AND OTHER PRE-TRIAL DATES ARE EXTENDED AS FOLLOWS:

| | **Current Date** | **New Date** |
|---|---|---|
| Non Expert Discovery | April 6, 2020 | May 4, 2020 |

**ORDER ON AMENDED STIPULATION TO MODIFY SCHEDULING CONFERENCE ORDER**

| Cut-off | | |
|---|---|---|
| Expert Witness Disclosure | April 6, 2020 | May 4, 2020 |
| Supplemental Expert Disclosure | May 4, 2020 | June 1, 2020 |
| Expert discovery cut-off | June 15, 2020 | July 1, 2020 |
| Pre-Trial Motion Filing Deadline | May 1, 2020 | June 1, 2020 |

In addition to the foregoing, to accommodate the Court's calendar as well as the availability of judges to decide this case, and in light of the Standing Order (Doc. No. 30-1), IT IS FURTHER ORDERED that the Scheduling Order (Doc. No. 24) is modified as follows:

Pretrial Conference:          August 11, 2020
                              9:00 AM
                              Dept 4 (NONE)

Trial:                        October 6, 2020
                              8:30 AM
                              Dept 4 (NONE)

IT IS SO ORDERED.

Dated:   **March 20, 2020**              /s/ *Barbara A. McAuliffe*
                              UNITED STATES MAGISTRATE JUDGE