1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                    FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    FRANK WARTHEMANN,                          Case No.  1:19-cv-00730-NONE-BAM

           Plaintiff,                           **ORDER DENYING STIPULATON TO**
9                                               **MODIFY SCHEDULING ORDER**
      v.                                        **WITHOUT PREJUDICE**
10
     LOWE'S HOME CENTERS, LLC, et al.,          (Doc. No. 35)
11
           Defendants.
12

13        Currently before the Court is the parties' stipulation to modify the Scheduling Order in

14   this case.  (Doc. No. 35.)  According to the stipulation, the parties have agreed to defer expert

15   discovery in order to conduct settlement discussions.  (*Id.*)

16        Settlement discussions, in and of themselves, are not good cause to modify a scheduling

17   order.  *See* Fed. R. Civ. P. 16(b); *Gerawan Farming, Inc. v. Rehrig Pacific Co.,* 2013 WL

18   645741, at *5 (E.D. Cal. Feb. 21, 2013.)  As the parties have failed to make an adequate

19   showing of good cause for their request to modify the Scheduling Order in this case, the Court

20   DENIES the request without prejudice.

21        Modifications of the Scheduling Order will not be granted absent a demonstrated

22   showing of good cause.  Fed. R. Civ. P. 16(b). Good cause may consist of the inability to

23   comply with court orders in light of the COVID-19 pandemic. Any such difficulties should be

24   explained.

25   IT IS SO ORDERED.

26      Dated:   **April 24, 2020**              /s/ *Barbara A. McAuliffe*

27                                               UNITED STATES MAGISTRATE JUDGE

28

                                                1